**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>LABINE, PAUL<br><br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-14010 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:    THE HONORABLE JOHN SQUIRES
        BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 04/13/05. The Trustee was appointed on 04/13/05. An order for relief under Chapter 7 was entered on 04/13/05.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.      The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 1/25/08 is as follows:

a. RECEIPTS (See Exhibit C) $        29,774.20

b. DISBURSEMENTS (See Exhibit C) $              22.66

c. NET CASH available for distribution $        29,751.54

d. TRUSTEE/PROFESSIONAL COSTS
1. Trustee compensation requested (See Exhibit E) $        3,727.42
2. Trustee Expenses (See Exhibit E) $              0.00
3. Compensation requested by attorney or other
   professionals for trustee (See Exhibit F) $        6,150.44
e. Illinois Income Tax for Estate (See Exhibit G) $              0.00

5.     The Bar Date for filing unsecured claims expired on 12/01/05.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a. Allowed unpaid secured claims $              0.00

b. Chapter 7 Administrative and 28 U.S.C. §1930 claims $        9,877.86

c. Allowed Chapter 11 Administrative Claims $              0.00

d. Allowed priority claims $        1,214.35

e. Allowed unsecured claims $        268,044.58

7.     Trustee proposes that unsecured creditors receive a distribution of 8.05% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.  Professional's compensation and expense requested but not yet allowed is

$6,150.44.  The total of Chapter 7 professional fees and expenses requested for final allowance is

$9,877.86. (A summary of the professional fees and expenses previously requested is attached hereto as

Exhibit G.)

9.     A fee of $1,500.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated:  1/25/08                                             RESPECTFULLY SUBMITTED,


                                                    By:/s/David Grochocinski
                                                       DAVID GROCHOCINSKI, TRUSTEE
                                                       1900 RAVINIA PLACE
                                                       ORLAND PARK, IL  60462
                                                       Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Labine, Paul

January 24, 2008

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2005 | DEG | Review of schedules and financial affairs prior to 341 meeting | 0.80<br>375.00/hr | 300.00 |
| 6/1/2005 | DEG | Receipt and review of marital settlement agreement | 0.80<br>375.00/hr | 300.00 |
| 6/8/2005 | DEG | Prepared letter to Jennie Labine regarding marital settlement agreement; demand turnover of funds and need to make payments directly to Trustee in the future | 0.50<br>375.00/hr | 187.50 |
|  | DEG | Prepared letter to debtor's attorney regarding marital settlement agreement;  request turnover of all funds previously received and future payments to be paid directly to Trustee | 0.50<br>375.00/hr | 187.50 |
| 6/20/2005 | DEG | Telephone conference with debtor's attorney regarding marital settlement agreement | 0.20<br>375.00/hr | 75.00 |
| 7/18/2005 | DEG | Prepared facsimile letter to debtor's attorney regarding settlement for the objections raised to the debtor's exemptions; and issues regarding marital settlement agreement; need to turnover post-petition funds | 0.60<br>375.00/hr | 225.00 |
| 7/21/2005 | DEG | Receipt and review of facsimile from debtor's attorney regarding agreement | 0.20<br>375.00/hr | 75.00 |
| 7/29/2005 | DEG | Facsimile letter from Sarah Poepple with suggested chages to Trustee's order on objections to exemptions of the debtor | 0.80<br>375.00/hr | 300.00 |
| 8/22/2005 | DEG | Receipt and review of original executed agreed order on trustee's objection to exemptions from debtor's attorney; she to attend court also | 0.80<br>375.00/hr | 300.00 |
| 8/25/2005 | DEG | Receipt of initial payment from debtor; open accounts and deposit same | 0.50<br>375.00/hr | 187.50 |
| 8/31/2005 | DEG | Prepared initial report of assets and sent to Clerk | 0.20<br>375.00/hr | 75.00 |
| 10/13/2005 | DEG | Receipt and review of status request from IRS;  reply to IRS regarding status of case | 0.20<br>375.00/hr | 75.00 |



Labine, Paul                                                                      Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/15/2005 | DEG | Initial review of claims | 0.80<br>375.00/hr | 300.00 |
| 12/15/2005 | DEG | Final review of claims docket | 1.00<br>375.00/hr | 375.00 |
| 10/1/2007 | DEG | Facsimile letter to accountant with application and list of creditors for review | 0.50<br>375.00/hr | 187.50 |
| 10/16/2007 | DEG | Prepared letter to accountant with order approving employment and necessary documents to prepare tax returns | 0.80<br>375.00/hr | 300.00 |
| 10/19/2007 | DEG | Telephone conference with Jenny Labine regarding last payment;  will do accounting and let her know | 0.50<br>375.00/hr | 187.50 |
| 10/22/2007 | DEG | Audit funds in case; she owes one more payment | 0.50<br>350.00/hr | 175.00 |
| 1/24/2008 | DEG | Prepared final report | 2.50<br>375.00/hr | 937.50 |
|  | DEG | Review tax returns for 2005-2007 and prepare tax letters for prompt determination to IRS | 2.00<br>375.00/hr | 750.00 |

SUBTOTAL:                                                         [    14.70        5,500.00]

For professional services rendered                                 14.70        $5,500.00

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

TOTAL RECEIPTS                                            $              29,774.20

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                      $                4,690.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                               $                5,299.64

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05B-14010 JS

**Case Name:** LABINE, PAUL

**Period Ending:** 12/31/07

**Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE

**Filed (f) or Converted (c):** 04/13/05 (f)

**§341(a) Meeting Date:** 05/31/05

**Claims Bar Date:** 12/01/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 2 | LASALLE BANK | 150.00 | 0.00 | DA | 0.00 | FA |
| 3 | WASHINGTON MUTUAL | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | WELLS FARGO | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | BOOKS | 400.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 8 | WATCH | 10.00 | 0.00 | | 0.00 | FA |
| 9 | GOLF CLUBS | 30.00 | 0.00 | | 0.00 | FA |
| 10 | TERM LIFE INS. POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 11 | W.R. GRACE RETIREMENT PLAN | 146.73 | 0.00 | | 0.00 | FA |
| 12 | BAKER HUGHES | 154.76 | 0.00 | | 0.00 | FA |
| 13 | FIDELITY RETIREMENT ACCOUNT | 400.00 | 0.00 | | 0.00 | FA |
| 14 | 100% OWNER OF PAUL LABINE & ASSOCIATES | 0.00 | 0.00 | | 0.00 | FA |
| 15 | MAINTENANCE PAYMENTS FROM EX-WIFE | 1,000.00 | 19,000.00 | | 29,500.00 | FA |
| 16 | EX-WIFE'S STATE UNIVERSITY RETIREMENT PENSION | 0.00 | 0.00 | | 0.00 | FA |

Printed: 01/25/2008 11:44 AM    V.10.03

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05B-14010 JS | **Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** LABINE, PAUL | **Filed (f) or Converted (c):** 04/13/05 (f) |
| | **§341(a) Meeting Date:** 05/31/05 |
| **Period Ending:** 12/31/07 | **Claims Bar Date:** 12/01/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | BENEFICIARY OF LIFE INSURANCE FOR EX-WIFE | Unknown | 0.00 | | 0.00 | FA |
| 18 | SCI AND ASSOCIATES, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 1999 CHRYSLER 200M | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | 85% OF GROSS WEEKLY INCOME | 98.15 | 0.00 | | 0.00 | FA |
| 21 | AWARD UNDER CRIM VICTIM'S REPARATION LAW | 0.00 | 0.00 | | 0.00 | FA |
| 22 | DISABILITY BENEFIT | 0.00 | 0.00 | | 0.00 | FA |
| 23 | PAYMENT FOR PERSONAL BODILY INJURY | 0.00 | 0.00 | | 0.00 | FA |
| 24 | PAYMENT DUE FOR WRONGFUL DEATH | 0.00 | 0.00 | | 0.00 | FA |
| 25 | PAYMENT UNDER A LIFE INSURANCE CONTRACT | 0.00 | 0.00 | | 0.00 | FA |
| 26 | PROCEEDS PAYABLE DUE TO DEATHO F THE INSURED | 0.00 | 0.00 | | 0.00 | FA |
| 27 | PROFESSIONALLY PRESCRIBED HEALTH AIDS | 0.00 | 0.00 | | 0.00 | FA |
| 28 | SOCIAL SECURITY/UNEMPLOYMENT | 0.00 | 0.00 | | 0.00 | FA |
| 29 | TOOLS OF THE TRADE | 0.00 | 0.00 | | 0.00 | FA |
| 30 | VETERAN'S BENEFIT | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 274.20 | Unknown |
| 31 | **Assets**      **Totals** (Excluding unknown values) | **$9,989.64** | **$19,000.00** | | **$29,774.20** | **$0.00** |

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05B-14010 JS | **Trustee:** (520067)    DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** LABINE, PAUL | **Filed (f) or Converted (c):** 04/13/05 (f) |
| | **§341(a) Meeting Date:** 05/31/05 |
| **Period Ending:** 12/31/07 | **Claims Bar Date:** 12/01/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)   Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

COLLECTING FUNDS FROM FORMER SPOUSE PER AGREED ORDER

COLLECTION WILL TAKE ABOUT 18-20 MONTHS; COLLECTION COMPLETED; AWAITING FINAL TAX RETURN

**Initial Projected Date Of Final Report (TFR):** December 31, 2006        **Current Projected Date Of Final Report (TFR):** September 30, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-14010 JS |
| **Case Name:** | LABINE, PAUL |
| **Taxpayer ID #:** | 13-7475122 |
| **Period Ending:** | 12/31/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****65-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/25/05 | {15} | PAUL U. LABINE | SETTLEMENT PAYMENT/ 1 OF 10 | 1149-000 | 50.00 | | 50.00 |
| 08/30/05 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENTS JULY, AUGUST & SEPTEMBER | 1149-000 | 3,000.00 | | 3,050.00 |
| 09/16/05 | {15} | PAUL U. LABINE | PREFERENCE PAYMENT/2 OF 10 | 1149-000 | 50.00 | | 3,100.00 |
| 09/26/05 | {15} | JENNIE LABINE | OCTOBER PAYMENT | 1149-000 | 1,000.00 | | 4,100.00 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 1.25 | | 4,101.25 |
| 10/07/05 | {15} | PAUL LABINE | SETTLEMENT PAYMENT/3 AND 4 OF 10 | 1149-000 | 100.00 | | 4,201.25 |
| 10/25/05 | {15} | JENNIE D. LABINE | NOVEMBER SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 5,201.25 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.89 | | 5,203.14 |
| 11/10/05 | {15} | PAUL LABINE | BALANCE OF SETTLEMENT PAYMENT FROM PAUL LABINE | 1149-000 | 300.00 | | 5,503.14 |
| 11/29/05 | {15} | JENNIE LABINE | DECEMBER SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 6,503.14 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 2.43 | | 6,505.57 |
| 12/29/05 | {15} | JENNIE LABINE | JANUARY SETTLEMENT CHECK | 1149-000 | 1,000.00 | | 7,505.57 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.25 | | 7,508.82 |
| 01/24/06 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT FOR FEBRUARY | 1149-000 | 1,000.00 | | 8,508.82 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.31 | | 8,513.13 |
| 02/09/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #05B-14010, Bond #016026455 | 2300-000 | | 6.42 | 8,506.71 |
| 02/16/06 | {15} | JENNIE LABINE | MARCH PAYMENT | 1149-000 | 1,000.00 | | 9,506.71 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.73 | | 9,511.44 |
| 03/21/06 | {15} | JENNIE LABINE | PAYMENT APRIL 2006 | 1149-000 | 1,000.00 | | 10,511.44 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.83 | | 10,517.27 |
| 04/25/06 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENT FOR MAY 2006 | 1149-000 | 1,000.00 | | 11,517.27 |
| | | | **Subtotals :** | | **$11,523.69** | **$6.42** | |

{} Asset reference(s)

Printed: 01/25/2008 11:44 AM   V.10.03

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-14010 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | LABINE, PAUL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****65-65 - Money Market Account |
| Taxpayer ID #: | 13-7475122 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.75 | | 11,524.02 |
| 05/25/06 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENT FOR JUNE 2006 | 1149-000 | 1,000.00 | | 12,524.02 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.88 | | 12,531.90 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.24 | | 12,540.14 |
| 07/05/06 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENT FOR JULY | 1149-000 | 1,000.00 | | 13,540.14 |
| 07/24/06 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT FOR AUGUST 2006 | 1149-000 | 1,000.00 | | 14,540.14 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.20 | | 14,549.34 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.89 | | 14,559.23 |
| 09/06/06 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT SEPTEMBER & OCTOBER 2006 | 1149-000 | 2,000.00 | | 16,559.23 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.08 | | 16,569.31 |
| 10/27/06 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT FOR NOVEMBER | 1149-000 | 1,000.00 | | 17,569.31 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.63 | | 17,580.94 |
| 11/27/06 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT DECEMBER | 1149-000 | 1,000.00 | | 18,580.94 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.57 | | 18,592.51 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.81 | | 18,604.32 |
| 01/04/07 | {15} | JENNIE LABINE | JANUARY 2007 PAYMENT | 1149-000 | 1,000.00 | | 19,604.32 |
| 01/29/07 | {15} | JENNIE LABINE | FEBRUARY SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 20,604.32 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.89 | | 20,617.21 |
| 02/12/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-14010, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 16.24 | 20,600.97 |
| 02/27/07 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT/MARCH2007 | 1149-000 | 1,000.00 | | 21,600.97 |
| | | | **Subtotals :** | | **$10,099.94** | **$16.24** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-14010 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | LABINE, PAUL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****65-65 - Money Market Account |
| Taxpayer ID #: | 13-7475122 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.27 | | 21,611.24 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.54 | | 21,622.78 |
| 04/03/07 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT/APRIL 2007 | 1149-000 | 1,000.00 | | 22,622.78 |
| 04/25/07 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENT FOR MAY 2007 | 1149-000 | 1,000.00 | | 23,622.78 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.46 | | 23,635.24 |
| 05/25/07 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENT JUNE 2007 | 1149-000 | 1,000.00 | | 24,635.24 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.07 | | 24,648.31 |
| 06/29/07 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT FOR JULY | 1149-000 | 1,000.00 | | 25,648.31 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.72 | | 25,661.03 |
| 07/31/07 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT/AUGUST | 1149-000 | 1,000.00 | | 26,661.03 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.56 | | 26,675.59 |
| 08/22/07 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT FOR SEPTEMBER | 1149-000 | 1,000.00 | | 27,675.59 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.84 | | 27,690.43 |
| 09/28/07 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT; OCTOBER<br>PAYMENT | 1149-000 | 1,000.00 | | 28,690.43 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.80 | | 28,704.23 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.80 | | 28,721.03 |
| 11/02/07 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 29,721.03 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 15.37 | | 29,736.40 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 15.14 | | 29,751.54 |

| | | | Subtotals : | | $8,150.57 | $0.00 | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-14010 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | LABINE, PAUL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****65-65 - Money Market Account |
| Taxpayer ID #: | 13-7475122 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 29,774.20 | 22.66 | $29,751.54 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 29,774.20 | 22.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $29,774.20 | $22.66 | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-14010 JS |
| **Case Name:** | LABINE, PAUL |
| **Taxpayer ID #:** | 13-7475122 |
| **Period Ending:** | 12/31/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****65-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 29,774.20 |
| Net Estate : | $29,774.20 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****65-65** | 29,774.20 | 22.66 | 29,751.54 |
| **Checking # ***-*****65-66** | 0.00 | 0.00 | 0.00 |
| | $29,774.20 | $22.66 | $29,751.54 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>LABINE, PAUL | CHAPTER 7 CASE |
| | CASE NO. 05B-14010 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

## PROPOSED DISTRIBUTION REPORT

I, <u>DAVID GROCHOCINSKI, TRUSTEE,</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $                0.00 |
| Chapter 7 Administrative Expenses: | $            9,877.86 |
| Chapter 11 Administrative Expenses: | $                0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $                0.00 |
| Secured Tax Liens: | $                0.00 |
| Priority Tax Claims: | $            1,214.35 |
| Other Priority Claims (507(a)(9)): | $                0.00 |
| General Unsecured Claims: | $           18,659.33 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>                 $           29,751.54

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $           0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $       9,877.86 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 3,727.42 | 3,727.42 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 42.94 | 42.94 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2,977.50 | 2,977.50 |
| ADMIN4 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3,130.00 | 3,130.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $           0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $           0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL            $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $          0.00 | |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $          0.00 | |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $          0.00 | |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $          0.00 | |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $          0.00 | |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $       1,214.35 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 018 | DEPT OF THE TREASURY - IRS | 1,214.35 | 1,214.35 |
| | | TOTAL          $ | 1,214.35 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $     231,667.41 | 8.05% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | ECAST SETTLEMENT CORP. | 27,347.30 | 2,202.65 |
| 002 | E CAST SETTLEMENT CORP | 19,872.95 | 1,600.64 |
| 003 | ECAST SETTLEMENT CORP. | 18,903.60 | 1,522.56 |
| 004 | ECAST SETTLEMENT CORP | 15,280.22 | 1,230.72 |
| 005 | BANK OF AMERICA | 12,913.69 | 1,040.12 |
| 006 | BANK OF AMERICA | 22,841.47 | 1,839.73 |
| 007 | MBNA AMERICA BANK NA | 15,071.60 | 1,213.92 |
| 009 | AMERICAN EXPRESS TRAVEL RELATED SVCS CO | 1,972.66 | 158.89 |
| 010 | CITIBANK SD NA | 11,204.74 | 902.47 |

| 011 | CITIBANK SD NA | 5,092.76 | 410.19 |
| 012 | CITIBANK SD NA | 15,578.62 | 1,254.76 |
| 013 | CITIBANK SD NA | 7,747.21 | 623.99 |
| 014 | CITIBANK SD NA | 7,395.14 | 595.63 |
| 015 | AMERICAN EXPRESS BANK FSB | 38,485.32 | 3,099.75 |
| 016 | AMERICAN EXPRESS BANK FSB | 11,889.13 | 957.59 |
| 018 | DEPT OF TREASURY - IRS | 71.00 | 5.72 |
| | | TOTAL        $ | 18,659.33 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $        0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL        $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $      36,377.17 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 017 | CHASE BANK USA NA | 9,064.87 | 0.00 |
| 019 | ECAST SETTLEMENT CORP ASSIGNEE OF CHASE BANK USA NA | 27,312.30 | 0.00 |
| | | TOTAL        $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $        0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL        $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $        0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |

|  |  |  |
|---|---|---|
| TOTAL | $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL    $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 008 | DEPT OF TREASURY IRS/CENTRALIZED INSOLVENCY OPERATIONS P.O. BOX 21126 PHILADELPHIA, PA  19114- | $    2,819.35 | Disallowed |

     WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____          _____
                                                                    DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 42.94 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 2,977.50 | |
| | | | 3,020.44 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 3,130.00 | |
| | | | 3,130.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 6,150.44 | $ 6,150.44 |

1