**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>LABINE, PAUL<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-14010 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: DuPage County Courthouse
   505 N. County Farm Road, Room 2000
   Wheaton, Illinois 60187

   on: **March 28, 2008**
   at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         29,774.20

   b. Disbursements                         $              22.66

   c. Net Cash Available for Distribution   $         29,751.54

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $3,727.42 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $42.94 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $2,977.50 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $3,130.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,214.35 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 018 | DEPT OF THE TREASURY - IRS | $ 1,214.35 | $ 1,214.35 |

7.  Claims of general unsecured creditors totaling $231,667.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 8.05%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | ECAST SETTLEMENT CORP. | $ 27,347.30 | $ 2,202.65 |
| 002 | E CAST SETTLEMENT CORP | $ 19,872.95 | $ 1,600.64 |
| 003 | ECAST SETTLEMENT CORP. | $ 18,903.60 | $ 1,522.56 |
| 004 | ECAST SETTLEMENT CORP | $ 15,280.22 | $ 1,230.72 |
| 005 | BANK OF AMERICA | $ 12,913.69 | $ 1,040.12 |
| 006 | BANK OF AMERICA | $ 22,841.47 | $ 1,839.73 |

| | | | |
|---|---|---|---|
| 007 | MBNA AMERICA BANK NA | $ 15,071.60 | $ 1,213.92 |
| 009 | AMERICAN EXPRESS TRAVEL RELATED SVCS CO | $ 1,972.66 | $ 158.89 |
| 010 | CITIBANK SD NA | $ 11,204.74 | $ 902.47 |
| 011 | CITIBANK SD NA | $ 5,092.76 | $ 410.19 |
| 012 | CITIBANK SD NA | $ 15,578.62 | $ 1,254.76 |
| 013 | CITIBANK SD NA | $ 7,747.21 | $ 623.99 |
| 014 | CITIBANK SD NA | $ 7,395.14 | $ 595.63 |
| 015 | AMERICAN EXPRESS BANK FSB | $ 38,485.32 | $ 3,099.75 |
| 016 | AMERICAN EXPRESS BANK FSB | $ 11,889.13 | $ 957.59 |
| 017 | CHASE BANK USA NA | $ 9,064.87 | $ 0.00 |
| 018 | DEPT OF TREASURY - IRS | $ 71.00 | $ 5.72 |
| 019 | ECAST SETTLEMENT CORP ASSIGNEE OF CHASE BANK USA NA | $ 27,312.30 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor; LaSalle, WAMU, Wells Fargo bank accounts, household goods and 1999 Chrysler

February 27, 2008        For the Court,

KENNETH S. GARDNER
Kenneth S. Gardner
Clerk of the United States
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:    DAVID GROCHOCINSKI, TRUSTEE

Address:    1900 RAVINIA PLACE
            ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                                     CHAPTER 7 CASE
LABINE, PAUL

                                           CASE NO. 05B-14010 JS

                                           JUDGE JOHN SQUIRES
               Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 3,727.42 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 3,727.42 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 2,977.50 |
| | b. Expenses | $ | 42.94 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 3,130.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

      d. Chapter 11 Expenses        $_____0.00

3.    Other Professionals

                        TOTAL        $_____6,150.44

      IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__.

                ENTERED     _____
                                       JOHN SQUIRES
                                       UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Feb 27, 2008
Case: 05-14010                Form ID: pdf002          Total Served: 29

The following entities were served by first class mail on Feb 29, 2008.
 db          +Paul U Labine,    PMB 347 1163 E Ogden Ave Suite 705,    Naperville, Il 60563-8535
 aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 aty         +Sarah L Poeppel,    Sarah L Poeppel,    608 S Washington St Ste 210,    Naperville, IL 60540-6675
 tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 9162392      AT&T Universal Card,    P.O. Box 6404,    The Lakes, NV 88901-6404
 9162389      Advanta Bank Corp.,    P.O. Box 8088,    Philadelphia    19101-8088
 9162390     +American Express Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10492154      American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
10477774      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee, LLP,
               P.O. Box 3001 Malvern, PA 19355-0701
 9162391      American Express Travel Related Svcs Co Inc,    c/o Becket and Lee LLP,
               POB 3001 Malvern PA 19355
 9162394      Bank One Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
 9162393     +Bank of America,    P.O. Box 2278,    Norfolk VA 23501-2278
 9162396      Chase,    P.O. Box 52095,    Phoenix, AZ 85072-2095
 9162397     +Chase Advantage Credit,    P.O. Box 52195,    Phoenix, AZ 85072-2195
10499751     +Chase Bank USA NA,    POB 15145,    Wilmington, DE 19850-5145
 9162398      Citi Cards,    P.O. Box 6309,    The Lakes, NV 88901-6309
 9162400      Citi Cards,    P.O. Box 6407,    The Lakes, NV 88901-6407
 9162399      Citi Cards,    P.O. Box 6411,    The Lakes, NV 88901-6411
 9162401      Citi Financial,    P.O. Box 8020,    South Hackensack, NJ 07606-8020
10491608     +Citibank (South Dakota) NA,    Citibank / CHOICE,    Exception Payment Processing,    POB 6305,
               The Lakes, NV 88901-6305
 9162402      Commerce Bank Card Center,    P.O. Box 806000,    Kansas City, MO 64180-6000
 9162404      Fleet Credit Card Services,    P.O. Box 1070,    Newark, NJ 07101-1070
 9162405     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
 9162406     +MBNA America Bank NA,    POB 15168 MS 1423,    Wilmington DE 19850-5168
 9162407     +SCI and Associates, Inc.,    PMB 347,    1163 Ogden Avenue, Ste, 705,    Naperville, IL 60563-8535
10868924      eCAST Settlement Corporation assignee of,    Chase Bank USA N A,    POB 35480,
               Newark NJ 07193-5480
 9162395      eCast Settlememt Corporation,    assignee of Chase Bank USA NA,    POB 35480,
               Newark, NJ 07193-5480
 9940211      eCast Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Feb 28, 2008.
 9162403      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2008 02:47:18      Discover Card,
               P.O. Box 30395,    Salt Lake City, UT 84130-0395
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 29, 2008**     **Signature:** *Joseph Speetjens*