# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05B-14010 JS  
**Case Name:** LABINE, PAUL

**Taxpayer ID #:** 13-7475122  
**Period Ending:** 07/30/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*65-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/25/05 | {15} | PAUL U. LABINE | SETTLEMENT PAYMENT/ 1 OF 10 | 1149-000 | 50.00 | | 50.00 |
| 08/30/05 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENTS JULY, AUGUST & SEPTEMBER | 1149-000 | 3,000.00 | | 3,050.00 |
| 09/16/05 | {15} | PAUL U. LABINE | PREFERENCE PAYMENT/2 OF 10 | 1149-000 | 50.00 | | 3,100.00 |
| 09/26/05 | {15} | JENNIE LABINE | OCTOBER PAYMENT | 1149-000 | 1,000.00 | | 4,100.00 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 1.25 | | 4,101.25 |
| 10/07/05 | {15} | PAUL LABINE | SETTLEMENT PAYMENT/3 AND 4 OF 10 | 1149-000 | 100.00 | | 4,201.25 |
| 10/25/05 | {15} | JENNIE D. LABINE | NOVEMBER SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 5,201.25 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.89 | | 5,203.14 |
| 11/10/05 | {15} | PAUL LABINE | BALANCE OF SETTLEMENT PAYMENT FROM PAUL LABINE | 1149-000 | 300.00 | | 5,503.14 |
| 11/29/05 | {15} | JENNIE D. LABINE | DECEMBER SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 6,503.14 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 2.43 | | 6,505.57 |
| 12/29/05 | {15} | JENNIE LABINE | JANUARY SETTLEMENT CHECK | 1149-000 | 1,000.00 | | 7,505.57 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.25 | | 7,508.82 |
| 01/24/06 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT FOR FEBRUARY | 1149-000 | 1,000.00 | | 8,508.82 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.31 | | 8,513.13 |
| 02/09/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #05B-14010, Bond #016026455 | 2300-000 | | 6.42 | 8,506.71 |
| 02/16/06 | {15} | JENNIE LABINE | MARCH PAYMENT | 1149-000 | 1,000.00 | | 9,506.71 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.73 | | 9,511.44 |
| 03/21/06 | {15} | JENNIE LABINE | PAYMENT APRIL 2006 | 1149-000 | 1,000.00 | | 10,511.44 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.83 | | 10,517.27 |
| 04/25/06 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENT FOR MAY 2006 | 1149-000 | 1,000.00 | | 11,517.27 |
| | | | **Subtotals :** | | **$11,523.69** | **$6.42** | |

{} Asset reference(s)

Printed: 07/30/2008 08:55 AM V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 05B-14010 JS | Trustee: DAVID GROCHOCINSKI, TRUSTEE (520067) |
| Case Name: LABINE, PAUL | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****65-65 - Money Market Account |
| Taxpayer ID #: 13-7475122 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 07/30/08 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.75 | | 11,524.02 |
| 05/25/06 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENT FOR JUNE 2006 | 1149-000 | 1,000.00 | | 12,524.02 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.88 | | 12,531.90 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.24 | | 12,540.14 |
| 07/05/06 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENT FOR JULY | 1149-000 | 1,000.00 | | 13,540.14 |
| 07/24/06 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT FOR AUGUST 2006 | 1149-000 | 1,000.00 | | 14,540.14 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.20 | | 14,549.34 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.89 | | 14,559.23 |
| 09/06/06 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT SEPTEMBER & OCTOBER 2006 | 1149-000 | 2,000.00 | | 16,559.23 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.08 | | 16,569.31 |
| 10/27/06 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT FOR NOVEMBER | 1149-000 | 1,000.00 | | 17,569.31 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.63 | | 17,580.94 |
| 11/27/06 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT DECEMBER | 1149-000 | 1,000.00 | | 18,580.94 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.57 | | 18,592.51 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.81 | | 18,604.32 |
| 01/04/07 | {15} | JENNIE LABINE | JANUARY 2007 PAYMENT | 1149-000 | 1,000.00 | | 19,604.32 |
| 01/29/07 | {15} | JENNIE LABINE | FEBRUARY SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 20,604.32 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.89 | | 20,617.21 |
| 02/12/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-14010, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 16.24 | 20,600.97 |
| 02/27/07 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT/MARCH2007 | 1149-000 | 1,000.00 | | 21,600.97 |
| | | | **Subtotals :** | | **$10,099.94** | **$16.24** | |

{} Asset reference(s)            Printed: 07/30/2008 08:55 AM    V.10.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05B-14010 JS  
**Case Name:** LABINE, PAUL  

**Taxpayer ID #:** 13-7475122  
**Period Ending:** 07/30/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*65-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.27 | | 21,611.24 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.54 | | 21,622.78 |
| 04/03/07 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT/APRIL 2007 | 1149-000 | 1,000.00 | | 22,622.78 |
| 04/25/07 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENT FOR MAY 2007 | 1149-000 | 1,000.00 | | 23,622.78 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.46 | | 23,635.24 |
| 05/25/07 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENT JUNE 2007 | 1149-000 | 1,000.00 | | 24,635.24 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.07 | | 24,648.31 |
| 06/29/07 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT FOR JULY | 1149-000 | 1,000.00 | | 25,648.31 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.72 | | 25,661.03 |
| 07/31/07 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT/AUGUST | 1149-000 | 1,000.00 | | 26,661.03 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.56 | | 26,675.59 |
| 08/22/07 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT FOR SEPTEMBER | 1149-000 | 1,000.00 | | 27,675.59 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.84 | | 27,690.43 |
| 09/28/07 | {15} | JENNIE LABINE | SETTLEMENT PAYMENT; OCTOBER PAYMENT | 1149-000 | 1,000.00 | | 28,690.43 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.80 | | 28,704.23 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.80 | | 28,721.03 |
| 11/02/07 | {15} | JENNIE D. LABINE | SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 29,721.03 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 15.37 | | 29,736.40 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 15.14 | | 29,751.54 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 13.60 | | 29,765.14 |
| 02/11/08 | | To Account #\*\*\*\*\*\*\*\*6566 | TRANSFER FUNDS TO PAY TAXES DUE | 9999-000 | | 1,500.00 | 28,265.14 |
| 02/11/08 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE | 2300-000 | | 25.96 | 28,239.18 |

**Subtotals :**      **$8,164.17**      **$1,525.96**

{} Asset reference(s)      Printed: 07/30/2008 08:55 AM      V.10.54

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 05B-14010 JS  
**Case Name:** LABINE, PAUL  
**Taxpayer ID #:** 13-7475122  
**Period Ending:** 07/30/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*65-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | #05B-14010, BOND #016026455 - TERM 2/1/08-2/1/09 |  |  |  |  |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.91 |  | 28,245.09 |
| 03/27/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1700% | 1270-000 | 4.46 |  | 28,249.55 |
| 03/27/08 |  | To Account #\*\*\*\*\*\*\*\*6566 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 |  | 28,249.55 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | **29,798.17** | **29,798.17** | **$0.00** |
|  |  |  | Less: Bank Transfers |  | 0.00 | 29,749.55 |  |
|  |  |  | **Subtotal** |  | **29,798.17** | **48.62** |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$29,798.17** | **$48.62** |  |

{} Asset reference(s)   Printed: 07/30/2008 08:55 AM   V.10.54

## Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 05B-14010 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | LABINE, PAUL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****65-66 - Checking Account |
| Taxpayer ID #: | 13-7475122 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/30/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/11/08 | | From Account #********6565 | TRANSFER FUNDS TO PAY TAXES DUE | 9999-000 | 1,500.00 | | 1,500.00 |
| 02/11/08 | 101 | ILLINOIS DEPT. OF REVENUE | EIN 13-7475122/FORM IL-1041 YEAR ENDED 12/31/05 | 2820-000 | | 209.00 | 1,291.00 |
| 02/11/08 | 102 | ILLINOIS DEPT. OF REVENUE | EIN 13-7475122/FORM IL -1041 YEAR ENDED 12/31/06 | 2820-000 | | 325.00 | 966.00 |
| 02/11/08 | 103 | U.S. TREASURY | EIN 13-7475122/FORM 1041 YEAR ENDED 12/31/06 | 2810-000 | | 403.00 | 563.00 |
| 02/11/08 | 104 | ILLINOIS DEPT. OF REVENUE | EIN 13-7475122/IL 1041 YEAR ENDED 12/31/07 | 2820-000 | | 275.00 | 288.00 |
| 02/11/08 | 105 | DEPT OF THE TREASURY | EIN 13-7475122/FORM 1041 YEAR ENDED 10/31/07 | 2810-000 | | 241.00 | 47.00 |
| 03/27/08 | | From Account #********6565 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 28,249.55 | | 28,296.55 |
| 03/31/08 | 106 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $3,727.42, Trustee Compensation;  Reference: | 2100-000 | | 3,727.42 | 24,569.13 |
| 03/31/08 | 107 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $42.94, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 42.94 | 24,526.19 |
| 03/31/08 | 108 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $2,977.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,977.50 | 21,548.69 |
| 03/31/08 | 109 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $3,130.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,130.00 | 18,418.69 |
| 03/31/08 | 110 | DEPT OF THE TREASURY - IRS | Dividend paid 100.00% on $1,214.35; Claim# 018; Filed: $1,214.35; Reference: | 5800-000 | | 1,214.35 | 17,204.34 |
| 03/31/08 | 111 | ECAST SETTLEMENT CORP. | Dividend paid  7.42% on $27,347.30; Claim# | 7100-000 | | 2,030.89 | 15,173.45 |

Subtotals :  $29,749.55   $14,576.10

{} Asset reference(s)

Printed: 07/30/2008 08:55 AM    V.10.54

## Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 05B-14010 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | LABINE, PAUL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****65-66 - Checking Account |
| Taxpayer ID #: | 13-7475122 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 07/30/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 001; Filed: $27,347.30; Reference: | | | | |
| 03/31/08 | 112 | E CAST SETTLEMENT CORP | Dividend paid   7.42% on $19,872.95; Claim# 002; Filed: $19,872.95; Reference: | 7100-000 | | 1,475.83 | 13,697.62 |
| 03/31/08 | 113 | ECAST SETTLEMENT CORP. | Dividend paid   7.42% on $18,903.60; Claim# 003; Filed: $18,903.60; Reference: | 7100-000 | | 1,403.84 | 12,293.78 |
| 03/31/08 | 114 | ECAST SETTLEMENT CORP | Dividend paid   7.42% on $15,280.22; Claim# 004; Filed: $15,280.22; Reference: | 7100-000 | | 1,134.76 | 11,159.02 |
| 03/31/08 | 115 | BANK OF AMERICA | Dividend paid   7.42% on $12,913.69; Claim# 005; Filed: $12,913.69; Reference: | 7100-000 | | 959.01 | 10,200.01 |
| 03/31/08 | 116 | BANK OF AMERICA | Dividend paid   7.42% on $22,841.47; Claim# 006; Filed: $22,841.47; Reference: | 7100-000 | | 1,696.28 | 8,503.73 |
| 03/31/08 | 117 | MBNA AMERICA BANK NA | Dividend paid   7.42% on $15,071.60; Claim# 007; Filed: $15,071.60; Reference: | 7100-000 | | 1,119.26 | 7,384.47 |
| 03/31/08 | 118 | AMERICAN EXPRESS TRAVEL RELATED SVCS CO | Dividend paid   7.42% on $1,972.66; Claim# 009; Filed: $1,972.66; Reference: | 7100-000 | | 146.50 | 7,237.97 |
| 03/31/08 | 119 | CITIBANK SD NA | Dividend paid   7.42% on $11,204.74; Claim# 010; Filed: $11,204.74; Reference: | 7100-000 | | 832.10 | 6,405.87 |
| 03/31/08 | 120 | CITIBANK SD NA | Dividend paid   7.42% on $5,092.76; Claim# 011; Filed: $5,092.76; Reference: | 7100-000 | | 378.20 | 6,027.67 |
| 03/31/08 | 121 | CITIBANK SD NA | Dividend paid   7.42% on $15,578.62; Claim# 012; Filed: $15,578.62; Reference: | 7100-000 | | 1,156.92 | 4,870.75 |
| 03/31/08 | 122 | CITIBANK SD NA | Dividend paid   7.42% on $7,747.21; Claim# 013; Filed: $7,747.21; Reference: | 7100-000 | | 575.33 | 4,295.42 |
| 03/31/08 | 123 | CITIBANK SD NA | Dividend paid   7.42% on $7,395.14; Claim# 014; Filed: $7,395.14; Reference: | 7100-000 | | 549.19 | 3,746.23 |

**Subtotals :**     $0.00     $11,427.22

{} Asset reference(s)

Printed: 07/30/2008 08:55 AM     V.10.54

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

| Case Number: | 05B-14010 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | LABINE, PAUL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****65-66 - Checking Account |
| Taxpayer ID #: | 13-7475122 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 07/30/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/08 | 124 | AMERICAN EXPRESS BANK FSB | Dividend paid   7.42% on $38,485.32; Claim# 015; Filed: $38,485.32; Reference: | 7100-000 | | 2,858.04 | 888.19 |
| 03/31/08 | 125 | AMERICAN EXPRESS BANK FSB | Dividend paid   7.42% on $11,889.13; Claim# 016; Filed: $11,889.13; Reference: | 7100-000 | | 882.92 | 5.27 |
| 03/31/08 | 126 | DEPT OF TREASURY - IRS | Dividend paid   7.42% on $71.00; Claim# 018; Filed: $71.00; Reference: | 7100-000 | | 5.27 | 0.00 |
| 04/22/08 | | ECAST SETTLEMENT CORP. | RETURN OF FUNDS PAID RE:  CLAIM #3 | 7100-000 | | -1,403.84 | 1,403.84 |
| 04/22/08 | | E CAST SETTLEMENT CORP | RETURN OF FUNDS PAID RE: CLAIM #2 | 7100-000 | | -1,475.83 | 2,879.67 |
| 05/01/08 | | ECAST SETTLEMENT CORP. | REFUND REGARDING CLAIM #1 | 7100-000 | | -2,030.89 | 4,910.56 |
| 05/02/08 | 127 | CHASE BANK USA NA | REISSUANCE OF CHECK TO CORRECT PAYEE; DIVIDEND PAID 7.42% ON $27,347.30, CLAIM #1; FILED $27,347.30 | 7100-000 | | 2,030.89 | 2,879.67 |
| 05/02/08 | 128 | CHASE BANK USA NA | REISSUANCE OF CHECK TO CORRECT PAYEE; DIVIDEND PAID 7.42% ON $19,872.95; CLAIM #002; FILED $19,872.95 | 7100-000 | | 1,475.83 | 1,403.84 |
| 05/02/08 | 129 | CHASE BANK USA NA | REISSUANCE OF CHECK TO CORRECT PAYEE; DIVIDEND PAID 7.42% ON $18,903.60; CLAIM #003; FILED $18,903.60 | 7100-000 | | 1,403.84 | 0.00 |

Subtotals :   $0.00   $3,746.23

{} Asset reference(s)

Printed: 07/30/2008 08:55 AM   V.10.54

## Form 2
## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 05B-14010 JS
**Case Name:** LABINE, PAUL

**Taxpayer ID #:** 13-7475122
**Period Ending:** 07/30/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****65-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 29,749.55 | 29,749.55 | $0.00 |
| | | | Less: Bank Transfers | | 29,749.55 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 29,749.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$29,749.55** | |

Net Receipts :   29,798.17
———————
Net Estate :   $29,798.17

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****65-65** | 29,798.17 | 48.62 | 0.00 |
| **Checking # ***-*****65-66** | 0.00 | 29,749.55 | 0.00 |
| | $29,798.17 | $29,798.17 | $0.00 |

{} Asset reference(s)